UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:25-cv-00464

———

**Jennifer Jane Eggert,**
*Plaintiff,*

v.

**Smith County, Texas et al.,**
*Defendants.*

———

# ORDER

Plaintiff, a former inmate of the Smith County jail proceeding pro se, brought this action complaining of the conditions of confinement in the jail. Doc. 1. The court referred the case to a magistrate judge, who ordered plaintiff to file an amended complaint and provided guidance for doing so. Doc. 3. Plaintiff failed to comply. The magistrate judge then issued a report recommending that the court dismiss plaintiff's lawsuit without prejudice for failure to prosecute or obey an order of the court. Doc. 5 at 2. Plaintiff filed no objections.

When there have been no timely objections to a report, or the objections are improper, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendation. This case is dismissed without prejudice. Any pending motions are denied as moot.

*So ordered by the court on May 21, 2026.*

J. CAMPBELL BARKER
United States District Judge

- 1 -